# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN F. BECKER,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>GEORGE W. BUSH, et al.,<br><br>　　　　　　Respondents. | Civil No.   07cv2225-H (POR)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

　　　Petitioner, a prisoner incarcerated at the Mansfield Correctional Institution in Mansfield, Ohio, proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  Petitioner is challenging a conviction from the Holmes County Superior Court in Millersburg, Ohio.

　　　It is clear from the face of the Petition that the Southern District of California is not a proper venue for this action.  A petition for writ of habeas corpus may be filed in the United States District Court of the judicial district in which the petitioner is presently confined or the judicial district in which he was convicted and sentenced.  <u>See</u> 28 U.S.C. § 2241(d); <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484, 497 (1973).  Petitioner is presently confined in Mansfield, Ohio, which is within the jurisdictional boundaries of the United States District Court for the Northern District of Ohio, Eastern Division.  <u>See</u> 28 U.S.C. § 115(a)(1).  Petitioner is challenging a conviction from the Holmes County Superior Court in Millersburg, Ohio, which

1  is also within the jurisdictional boundaries of the Northern District of Ohio, Eastern Division.
2  Id. Petitioner has therefore failed to invoke the jurisdiction of this Court. See 28 U.S.C.
3  § 2241(d).
4      Accordingly, the Court **DISMISSES** the instant Petition without prejudice to Petitioner
5  to proceed with his claims in the Northern District of Ohio, Eastern Division.
6      **IT IS SO ORDERED.**
7  **DATED:  November 26, 2007**
8
9                              **MARILYN L. HUFF, District Judge**
                            **UNITED STATES DISTRICT COURT**
10
11  CC:    ALL PARTIES